UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAUTILUS INSURANCE COMPANY,

               Plaintiff,

    - against -

SALVATORE BORGIA, et al.,

               Defendants.

23-cv-518 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **June 6, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 27, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            May 23, 2023

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge